UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ROBERT D. CORWIN, | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 05-4239 (NLH) |
| | : | |
| v. | : | |
| | : | **ORDER** |
| BRANDYWINE VALLEY FRIENDS | : | |
| OF OLD TIME MUSIC, INC., | : | |
| SALEM COUNTY COOPERATIVE | : | |
| FAIR ASS'N, INC., JOHN DOES | : | |
| 1-2 (fictitious names of | : | |
| unknown defendants) ABC and | : | |
| XYZ (fictitious names of | : | |
| unknown companies), | : | |
| | : | |
| Defendants. | : | |

**Appearances:**

EUGENE D. MCGURK, JR.
RAYNES, MCCARTY, BINDER, ROSS & MUNDY, ESQS.
116 WHITE HORSE PIKE
HADDON HEIGHTS, NJ 08035
*Attorney for Plaintiff Robert D. Corwin*

SUSANNA J. MORRIS
BUDD LARNER, PC
1939 ROUTE 70 EAST
SUITE 100
CHERRY HILL, NJ 08003
*Attorney for Defendant Brandywine Valley Friends of Old Time Music, Inc.*

ARTHUR E. DONNELLY
DENISE L. WERNER
ROMANDO TUCKER ZIRULNIK & SHERLOCK
MARLTON EXECUTIVE PARK I
701 ROUTE 73 SOUTH
SUITE 120
MARLTON, NJ 08053
*Attorneys for Defendant Salem County Cooperative Fair Association, Inc.*

**HILLMAN, District Judge**

    For the reasons expressed in this Court's Opinion entered on this date, **IT IS HEREBY ORDERED** this 9th day of April 2008, that defendant Salem County Cooperative Fair Association, Inc.'s motion for reconsideration [35] is **DENIED.**

                                              s/Noel L. Hillman
                                             NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey