IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROBERT CORWIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>SALEM COUNTY COOPERATIVE FAIR ASSOCIATION, INC.,<br><br>                    Defendant. | Civil No. 05-4239 (NLH) |

## SCHEDULING ORDER

This Matter having come before the Court as a result of a Request for Trial De Novo, filed on July 18, 2008 by counsel for plaintiff;

**IT IS** this **21st** day of **July, 2008**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **August 6, 2008 at 9:00 a.m.** **Plaintiff's counsel shall initiate the telephone conference**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** F<small>ED</small>. R. C<small>IV</small>. P. **16(f)**.

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge